UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF FLORIDA

CASE NO.: 18-cv-20673-Huck/MCALILEY

PABLO DE JESUS ISAULA
MARADIAGA,

    Plaintiff,

vs.

SOUTH FLORIDA TILE DELIVERY &
INSTALLATION, CORP., and YONY
ALONSO

    Defendants.
_____/

## AFFIDAVIT

**STATE OF FLORIDA**     )
                                  )
**COUNTY OF MIAMI-DADE**  )

Elvis J. Adan, being duly sworn, hereby deposes and states as follows:

    1.    I am over 21 years of age and competent to testify and make this Affidavit in this matter. I have personal knowledge of all facts set forth herein.

    2.    I am an attorney for Gallardo Law Office (hereafter referred to as "Gallardo"), and I give this Affidavit voluntarily.

    3.    I represent Yony Alonso, individually, in this matter.

    4.    On June 15, 2018, the affiant filed Notice of Filing of Notice of Bankruptcy Case Filing.

    5.    On June 12, 2018, the affiant informed opposing counsel that as a result of the upcoming bankruptcy filing and the individual's financial situation, Mr. Alonso would not be showing for deposition and requested that the deposition be cancelled.

6. Additionally, the affiant informed opposing counsel that there were issues in getting the discovery responses for the same reasons stated above.

7. On that same day, opposing counsel responded saying that they would take a CNA and set a discovery hearing.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Elvis J. Adan

STATE OF FLORIDA                )
                                ) ss:
COUNTY OF MIAMI-DADE            )

BEFORE ME, the undersigned authority, on this day personally appeared Elvis J. Adan who did take an oath, and who after being first duly sworn, deposes and states that she has read the foregoing Affidavit and knows the contents thereof, and to the best of her knowledge and belief, the same is true and correct.

SWORN TO AND SUBSCRIBED to before me this 13th day of July, 2018.

Marleen Oliver
Commission # GG101443
Expires: May 4, 2021
Bonded thru Aaron Notary

_____
Notary Public – State of Florida (Seal)

_____
Printed, Typed or Stamped Name of Notary
Personally Known _X_ or Produced ID____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of July, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

GALLARDO LAW OFFICE, P.A.

8492 SW 8th Street
Miami, Florida 33144
Telephone: (305) 261-7000

By: /s/ Elvis J. Adan
Elvis J. Adan, Esq.
Florida Bar No. 24223