UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20673-CIV-PCH

PABLO DE JESUS ISAULA MARADIAGA,
and all others similarly situated under 29
U.S.C. 216(b),

        Plaintiffs,
vs.

SOUTH FLORIDA TILE DELIVERY &
INSTALATION, CORP,
YONY ALONSO

        Defendants.
_____/

## ORDER ON PLAINTIFF'S NOTICE OF DEFENDANTS NON-COMPLIANCE WITH [D.E. 42]

THIS CAUSE comes before the Court upon Plaintiff's Notice of Defendants Non-Compliance with [D.E. 42] ("Notice"). A hearing was held on the Notice on July 27, 2018, at which representatives for all parties were present. For the reasons stated at the hearing, the Parties agree that Defendant is required to comply with pending discovery deadlines as currently scheduled. Thus, Defendant is required to appear at his deposition at 10:00am on Monday, July 30, 2018. However, the Court understands that Defendant's counsel has encountered issues communicating with his client. Thus, if Defendant will not be attending his deposition on July 30, 2018, counsel for Defendant must notify counsel for Plaintiff by 9:00am on Monday, July 30, 2018. If Defendant fails to attend his deposition or supply any requested discovery documents, the Court will enter a default judgment for Plaintiff. As discussed at the hearing, Plaintiff shall file a motion requesting the default judgment should Defendant fail to comply with discovery obligations.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this 27th day of July, 2018.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of record